# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER ONE HOLDINGS, INC., *et al.*,<br><br>Defendants. | Case No. 2:17-cv-001585-APG-CWH<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTIONS TO DISMISS**<br><br>(ECF Nos. 13, 14) |

I previously entered a stay in this case. ECF No. 4. No party has moved to lift the stay.

IT IS THEREFORE ORDERED that defendant Legacy Village Property Owners Association's motion to dismiss **(ECF No. 13)** and defendant Premier One Holdings, Inc.'s motion to dismiss (ECF No. 14) **are DENIED without prejudice** to refile once the stay is lifted.

DATED this 9th day of August, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE